```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**KARL J. NUNLEY**                                              **PLAINTIFF**

        v.            Civil No. 10-5045

**CHIEF OF POLICE HAMILTON,**
Rogers Police Department;
**CORPORAL JESSIE RAY,** Rogers
Police Department; **JOSH
TERRELL,** Paramedic, Rogers
Fire Department; **DAVID
CRAWFORD,** K-9 Unit Dog
Handler, Rogers Police
Department                                                      **DEFENDANTS**

## O R D E R

    Now on this 15th day of March, 2011, come on for consideration defendants' **Motion To Dismiss** (document #11) and the **Report And Recommendation Of The Magistrate Judge** (document #17), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

    **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion To Dismiss** (document #11) is **granted in part and denied in part.**

    The motion is **granted** as to all claims against Chief of Police Hamilton and Josh Terrell and all official capacity claims

against Jessie Ray and David Crawford.  The motion is **denied** as to all other claims, and this matter is **remanded** to Magistrate Judge Erin L. Setser for further proceedings.

    **IT IS SO ORDERED.**

                       **/s/ Jimm Larry Hendren**
                       **JIMM LARRY HENDREN**
                       **UNITED STATES DISTRICT JUDGE**