IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KARL J. NUNLEY     PLAINTIFF

       v.        Civil No. 10-5045

CORPORAL JESSIE RAY, Rogers
Police Department; and DAVID CRAWFORD,
K-9 Unit Dog Handler, Rogers Police Department     DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Karl J. Nunley (hereinafter Nunley), filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. Nunley proceeds *pro se* and *in forma pauperis*.

Nunley has filed a motion to dismiss this case upon advice from private counsel (Doc. 30). I recommend that the motion be granted and the case be dismissed without prejudice.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of August 2011.

       /s/ *Erin L. Setser*
       HON. ERIN L. SETSER
       UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)