```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

KARL J. NUNLEY                                          PLAINTIFF

    v.   Civil No. 10-5045

CORPORAL JESSIE RAY, Rogers
Police Department; and DAVID
CRAWFORD, K-9 Unit Dog Handler,
Rogers Police Department                               DEFENDANTS

## O R D E R

 Now on this 19th day of September, 2011, comes on for consideration plaintiff's **Motion To Dismiss Civil Case No. 10-5054[1] Without Prejudice** (document #30) and the **Report And Recommendation Of The Magistrate Judge** (document #31), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

 **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

 **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's **Motion To Dismiss Civil Case No. 10-5054 Without Prejudice** (document #30) is **granted**, and this matter is **dismissed without prejudice.**

 **IT IS SO ORDERED.**

             /s/ Jimm Larry Hendren
             **JIMM LARRY HENDREN**
             **UNITED STATES DISTRICT JUDGE**

---

[1] This number appears to be a typographical error. Mr. Nunley is not a party to Case No. 10-5054, and the style of the motion had the number of the case now under consideration.